**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| PAUL B FULLER<br>SHARON FULLER, | CASE NO. 18-01077<br>JUDGE: DOYLE |
| DEBTORS | |

**NOTICE OF MOTION**

**Notified via Electronic Filing**
U.S. Trustee, 219 S Dearborn St, Room 873, Chicago, IL 60604
Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
Samantha V Jaime, Ledford Wu Borges, LLC, 105 W. Madison 23rd Floor, Chicago, IL 60602
**Notified via US Postal Service**
Paul B Fuller, 20600 Marathon Ct., Olympia Fields, IL 60461
Sharon Fuller, 20600 Marathon Ct., Olympia Fields, IL 60461

    Please take notice that on the 24th day of April, 2018, at the hour of 9:30 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge CAROL A DOYLE in Courtroom 742 at the United States Bankruptcy Court, 219 S Dearborn, Chicago, IL 60604 or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion.  At that time and place you may attend if you so choose.

## AFFIDAVIT OF SERVICE

      The undersigned hereby certifies that he/she caused a true and correct copy of the above and foregoing document to be sent to the Debtors at the address listed below. Said copy was placed in an envelope addressed as listed below and placed in the U.S. Mail on April 13, 2018, with first class postage prepaid. All other parties entitled to notice received such notice electronically, through the office of the Clerk of the Court.

      Respectfully Submitted,

      /s/ Michael N. Burke
      Michael N. Burke

Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
18-085647

**The firm of Shapiro Kreisman & Associates, LLC is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF<br><br>PAUL B FULLER<br>SHARON FULLER,<br><br>DEBTORS | IN PROCEEDINGS<br>UNDER CHAPTER 13<br><br>NO. 18-01077<br>JUDGE: DOYLE |

### MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR IN THE ALTERNATIVE DISMISSAL OF THE CASE

NOW COMES the Movant, THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-6, by and through its attorneys, Shapiro Kreisman & Associates, LLC, and states as follows:

1. On January 15, 2018, the above-named Debtors filed a Petition pursuant to 11 USC § 1301, et. seq. and a Plan which has not been confirmed.

2. A material term of said plan called for the Debtors to make post-petition monthly mortgage payments directly to the Movant commencing with the installment that came due on February 1, 2018.

3. Notwithstanding said material term, said post-petition mortgage payments are in default in the amount of $9,509.06 through April 30, 2018:

| | | |
|---|---|---|
| 2/1/2018 - 4/1/2018 monthly payments<br>at $2,826.02 each | = $ | 8,478.06 |
| Bankruptcy MFR court cost | = $ | 181.00 |
| Bankruptcy Attorneys' fees | = $ | 850.00 |
| TOTAL | = $ | 9,509.06 |

4. By failing to make current mortgage payments, the Debtors have failed to provide the Movant with adequate protection for its security, contrary to the requirements of the Bankruptcy Code.

5. Carrington Mortgage Services, LLC services the loan on the property referenced in this motion. In the event the automatic stay in this case is modified, this case dismisses, and/or Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the promissory note. Movant will enforce the promissory note as transferee in possession. Movant is the original mortgagee or beneficiary or the assignee of the Mortgage.

6. That the Movant adopts the facts set forth in the Statement of Default as additional allegations in support of this motion.

7. This failure constitutes a material default entitling Movant to relief pursuant to 11 U.S.C. §362(d).

8. For the reasons set forth above, it would be inequitable to delay the enforcement of any order modifying the automatic stay with respect to the Movant.

WHEREFORE, THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-6, moves this Honorable Court to modify the automatic stay to allow THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-6 to foreclose the mortgage on the property located at: 20600 Marathon Ct., Olympia Fields, IL 60461; that the unpaid portion of any proof of claim or stipulation calling for payment of the debt secured by that

mortgage be withdrawn for purposes of these proceedings only and that Federal

Bankruptcy Rule 4001(a)(3) be waived or dismiss the case.

                Respectfully submitted,

                __/s/ Michael N. Burke_____
                Attorney for THE BANK OF NEW YORK MELLON,
                F/K/A The Bank of New York as trustee for registered
                Holders of CWABS, Inc., Asset-Backed Certificates,
                Series 2006-6

Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
18-085647

**The firm of Shapiro Kreisman & Associates, LLC is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**